

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00314-CV

RONALD L. BUCKALEW                                      APPELLANT

V.

COMPASS BANK                                           APPELLEE

------------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On July 18, 2011, the trial court granted summary judgment for Appellee Compass Bank against Appellant Ronald L. Buckalew, as well as several others, including Defendant John Paul Rogers. The trial court subsequently granted Compass's motion to dismiss several more defendants, and then it granted summary judgment for Compass Bank against Defendant Earl Jeffrey

---

[1]*See* Tex. R. App. P. 47.4.

Wentworth. Wentworth's cross-claim against Rogers remains pending in the trial court.

Buckalew filed a notice of appeal, attempting to appeal from the trial court's July 18, 2011 summary judgment order. We notified Buckalew of our concern that we lacked jurisdiction over the appeal because the July 18, 2011 order did not appear to be final or to be an appealable interlocutory order. *See* Tex. R. App. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We informed Buckalew that his appeal was subject to dismissal for want of jurisdiction unless he or any party desiring to continue the appeal filed with the court a response showing grounds for continuing the appeal. Buckalew has stated in his response that he does not object to the dismissal of the appeal for the reasons stated in our letter. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: October 6, 2011

2